UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Jean Dominique Morancy and L.M. a minor, by and
through her father, Jean Dominique Morancy

    Plaintiffs,

v.      Case No. 6:23-cv-00714-CEM-RMN

Sabrina Alex Salomon, Gerald Francis Znosko,
Angela L. Lambiase, Carlos A. Otero, Keith Franklin
White, John David William Beamer, Elaine Agnes Barbour,
Florida Ninth Judicial Circuit, Florida Sixth District Court of Appeal
Znosko & Reas, P.A., Attorney General Ashley Moody,

    Defendants.

# RENEWED REQUEST TO ENTER DEFAULT JUDGEMENT BY THE CLERK

**Come now**, the plaintiffs, Jean Dominique Morancy, and his daughter L.M, hereby file their renewed request for the Clerk of Court to enter default Judgement against Mr. Carlos A. Otero pursuant to Federal Rule of Civil Procedure 55(a).

Mr. Otero is the President and registered agent for Otero Family Law as indicated by his latest 2023, Florida Profit Corporation Annual Report (Exhibit A). His business address is listed as 100 East Pine Street, Suite #110, Orlando, FL 32801.

Defendant was previously subpoenaed and served at his virtual office on March 29, 2023 (Exhibit B), to appear at the April 10, 2023, hearing. Mr. Otero was present on April 10, 2023, for the hearing after proper service (Dkt 19, Transcript 4/10/23) therefore the Plaintiffs have satisfied the requirement in Florida Statute § 48.081(5). The later statute indicates that Mr. Otero can be served at his designated Venture X/Virtual office located at: 100 East Pine Street, Suite #110, Orlando, FL 32801. Gracie Duran, the front desk receptionist for the virtual office accepted service for Mr. Otero at 11:10 am on March 29, 2023.

Defendant was served in an identical manner at his virtual office on May 3, 2023 (Dkt). Service was accepted on his behalf by Stephanie P., Receptionist at Mr. Otero's virtual office, located at 100 East Pine Street, Suite #110, Orlando, FL 32801. The only address known to Plaintiffs is the one listed on the public records of the Florida Division of Corporations website (sunbiz.org). The address listed for the registered agent is the only address known to Plaintiffs. This is the address that was provided to the Father when he initially retained Mr. Otero in September 2020.

In White v. Osp, Inc., Case No: 2:13-cv-709-FtM-29CM, 2 (M.D. Fla. Jun. 24, 2014) it states: "However, if service cannot be made on a registered agent because of failure of the corporation to comply with s. 48.091, service of process shall be permitted on any employee at the corporation's principal place of business or on any employee of the registered agent." Id. Section 48.091 requires that the registered agent's office remain open from 10:00 a.m. to 12 noon each day except Saturdays, Sundays, and legal holidays, and "shall keep one or more registered agents on whom process may be served at the office during these hours." Fla. Stat. § 48.091(1)-(2). This process was followed similarly on two separate occasions.

Mr. Otero was thus served on two separate occasions in a similar manner at his business location on March 29 and May 3, 2023, at the address listed for the registered agent. as required by § 48.081(5). Mr. Otero may not decide which service he will respond to, and he may not conveniently decide to later claim improper service. On April 10, 2023, Mr. Otero did not object to the form of service (Dkt 19, Transcript 4/10/23) then this Court should not have any reluctance to accept similar service executed in exact manner on May 3, 2023.

The Clerk of Court shall enter the default based on the following:

1) More than 42 days have passed since the service of the summons, amended complaint, and copy of the proposed relief.
2) To my knowledge no answer or other responsive pleading has been filed by Mr. Carlos A. Otero.
3) Proper service was executed in the identical manner he was previously served.
4) **Declaration of nonmilitary status**
   The respondent/defendant Mr. Otero is not in the military service of the United States as defined by the Servicemembers Civil Relief Act (See 50 U.S.C. § 3911(2)).

I know that respondent/defendant, Mr. Otero, is not in the U.S. military service because:

The military status of the respondent/defendant was checked online at https://scra.dmdc.osd.mil/

I declare under penalty of perjury under the laws of the State of Florida that the foregoing and the attachment are true and correct.

**Date**: 6/21/2023

_____
Jean Dominique Morancy and L.M

# EXHIBIT A

**2023 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P19000094374

**Entity Name:** OTERO FAMILY LAW, P.A.

**Current Principal Place of Business:**

100 E PINE ST
SUITE 110
ORLANDO, FL 32801

**Current Mailing Address:**

100 E PINE ST
SUITE 110
ORLANDO, FL 32801 US

**FEI Number:** 84-4051091

**Name and Address of Current Registered Agent:**

OTERO, CARLOS A ESQ.
100 E PINE ST
SUITE 110
ORLANDO, FL 32801 US

**FILED**
Feb 16, 2023
Secretary of State
5821221144CC

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CARLOS A OTERO                                                                 02/16/2023
            Electronic Signature of Registered Agent                                            Date

**Officer/Director Detail:**

Title          P
Name           OTERO, CARLOS A ESQ.
Address        100 E PINE ST
               SUITE 110
City-State-Zip: ORLANDO FL 32801

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLOS A. OTERO                                PRESIDENT              02/16/2023
           Electronic Signature of Signing Officer/Director Detail                     Date

# EXHIBIT B

3/31/2023 9:54 AM FILED IN OFFICE OF TIFFANY MOORE RUSSELL CLERK OF COURT ORANGE CO FL Page 1

| | |
|---|---|
| PROCESS RECEIVED: | 3/28/2023 7:45:00AM |
| RETURN DAYS | |
| RETURN DATE | 4/10/2023 1:30:18 PM |
| SHOW CAUSE DATE | |
| WRIT #: | 1267546 |
| CIV-SUBPOENA | |
| SERVE TO: | OTERO, CARLOS A. |
| HOME ADDRESS: | |

**Orange County Sheriff's Office**
**Return of Service**

CASE: 2019DR016766
COURT: DOMESTIC RELATIONS
COUNTY: ORANGE

BUSINESS ADDRESS: 100 E PINE ST 110
ORLANDO, FL 32801

***** DO NOT POST

JEAN DOMINIQUE MORANCY
13096 SW 53RD ST
MIRAMAR, FL 33027

| | |
|---|---|
| SERVER: | CO35 |
| ENTERED BY: | MS |
| FEE CODE: | 64 |
| Fee/Xfee: | $ 40.00 |
| WITNESS FEE: | $ 0.00 |
| OVERPAYMENT | $ 0.00 |
| LEVY DEPOSIT: | $ 0.00 |

SERVICE INFORMATION (407) 836-4570 (9AM - 1PM)
PLAINTIFF: JEAN DOMINIQUE MORANCY
DEFENDANT: SALOMON, SABRINA ALEX
TOTAL AMOUNT DUE   $ 0.00   Daily Interest:   $ 0.00
SERVED THIS PROCESS AT __11:10__, ON __3/29__ IN ORANGE COUNTY, FLORIDA, BY:

☐ INDIVIDUAL SERVICE By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

☐ SUBSTITUTE SERVICE By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit:

_____   _____
Name                        Relationship

☐ CORPORATE SERVICE By delivering a true copy of this process, with any attachments provided, to:

_____   _____
Name                        Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

☐ POSTED SERVICE: By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

☒ OTHER: By delivering a true copy of this process, with any attachments provided, to
__Gracie Duran__, as __Front Desk receptionist/Venture X__

☐ NON-SERVICE: And hereby return same unserved on: _____ _____(date) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida, or for reasons specified below:

EXPLANATION

PLAINTIFF: JEAN DOMINIQUE MORANCY

**SERVICE ATTEMPTS**

| Date/Time | | Date/Time | |
|---|---|---|---|
| | | | |
| | | | |
| | | | ✓ |

SHERIFF OF ORANGE COUNTY, FLORIDA

JLopez(J35             (J35
OFFICER Jesus Lopez    ID #

RECEIVED BY

5

1267546

IN THE CIRCUIT COURT OF THE ____NINTH____ JUDICIAL CIRCUIT,
IN AND FOR ____ORANGE____ COUNTY, FLORIDA

Case No.: 2019-DR-016766
Division: 3 Subdivision 29

In re: Jean Dominique Morancy

_____
                    Petitioner,
and

_____Sabrina Alex Salomon_____
                    Respondent.

## SUBPOENA DUCES TECUM FOR HEARING OR TRIAL
## (ISSUED BY CLERK)

THE STATE OF FLORIDA:
TO _Carlos A. Otero_____,

YOU ARE COMMANDED to appear before the Honorable {name} Judge Elaine Agnes Barbour,
Judge of the Court, at the Orange _____ County Courthouse in {city}
Orlando _____, Florida, on {date} April 10, 2023 _____ at {time} 1:30 pm _____ to
testify in this action and to have with you at that time and place the following:
All emails, texts, notes, all form of communication to anyone at the Znosko firm. Proof of providing
financial discovery to counsels. Documents should be emailed to Petitioner no later than 4/4/23 at 1700

If you fail to appear you may be held in contempt of court.

You are subpoenaed to appear by the Clerk of the Court on behalf of the party indicated below, and unless you are excused from this subpoena by the party indicated below, or court, you must respond to this subpoena as directed.

DATE: __3/27/23__

_____
DEPUTY CLERK

_____
[Print, type, or stamp the name of the deputy clerk]

{Party}: ___Jean Dominique Morancy___
{Address}: 13096 SW 53rd St.
Miramar, Florida, 33027
{Telephone Number}: (786) 523-3179
{E-mail address(es)}: ubmojedo@yahoo.com

Florida Family Law Rules of Procedure Form 12.911(c), Subpoena Duces Tecum for Hearing or Trial (Issued by Clerk) (04/22)

6

## CERTIFICATE OF SERVICE

I certify that a copy of this document was [choose only **one**] ☑ mailed ☐ faxed and mailed ☐ hand delivered to the person(s) listed below on {date} _____.

**Other party or his/her attorney:**

Name: Gerald F. Znosko
Address: 4798 New Broad St. Ste 250
City, State, Zip: Orlando, Fl, 32814
Telephone Number: 407-786-2900
Fax Number: _____
E-mail Address(es): gznosko@znoskoreas.com

**Other party or his/her attorney:**

Name: Angela Lambiase
Address: 4798 New Broad St. Ste 250
City, State, Zip: Orlando, Fl, 32814
Telephone Number: 407-786-2900
Fax Number: _____
E-mail Address(es): alambiase@znoskoreas.com

**Other party or his/her attorney:**

Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this document and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Signature of Party or his/her Attorney
Printed Name: Jean Dominique Morancy
Address: 13096 SW 53rd St.
City, State, Zip: Miramar, Florida, 33027
Telephone Number: (786) 523-3179
Fax Number: _____
Email Address(es): ubmojedo@yahoo.com

Florida Family Law Rules of Procedure Form 12.911(c), Subpoena Duces Tecum for Hearing or Trial (Issued by Clerk) (04/22)

7

STATE OF FLORIDA
COUNTY OF __Orange__

Sworn to or affirmed and signed before me on __3/27/23__ by __Jean Dominique Morancy__.

_____
NOTARY PUBLIC or DEPUTY CLERK

_____
[Print, type, or stamp commissioned name of notary or deputy clerk.]

____ Personally known
✓ Produced identification
Type of identification produced __FL DL__

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:

_____
{identify applicable court personnel by name, address, and telephone number} at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:
[fill in **all** blanks] This form was prepared for the {choose only **one**} (☐) Petitioner (☐) Respondent
This form was prepared with the assistance of:
{name of individual} _____,
{name of business} _____,
{address} _____,
{city} _____,{state}_____ {telephone number} _____.

Florida Family Law Rules of Procedure Form 12.911(c), Subpoena Duces Tecum for Hearing or Trial (Issued by Clerk) (04/22)