UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Jean Dominique Morancy and L.M. a minor, by and through her father, Jean Dominique Morancy
  Plaintiffs,
v.
Keith Franklin White, Sabrina Alex Salomon, Gerald Francis Znosko, Angela Lynn Lambiase, Carlos A. Otero, John David William Beamer, Elaine Agnes Barbour, Florida Ninth Judicial Circuit, Florida Sixth District Court of Appeal Znosko & Reas, P.A., Attorney General Ashley Moody
  Defendants.

Case No. 6:23-CV-00714

## REQUEST FOR THE CLERK TO ENTER DEFAULT JUDGEMENT

**Come now**, the plaintiffs, Jean Dominique Morancy, and his daughter L.M, hereby file their request for entry of default by the Clerk of Court against Mr. Carlos A. Otero pursuant to Federal Rule of Civil Procedure 55(a).

1) Mr. Carlos A. Otero failed to make an appearance within the allotted time Fed. R. Civ. P. 12(a)(1)(A)(i) after he was personally served on March 11, 2024, Docket 84.
2) To my knowledge no answer or other responsive pleading has been filed by Mr. Carlos A. Otero.
3) **Declaration of nonmilitary status**
   The respondent/defendant Mr. Otero is not in the military service of the United States as stated in the proof of service (See Military section of Docket 84). The respondent/defendant Mr. Otero is not in the military service of the United States as defined by the Servicemembers Civil Relief Act (See 50 U.S.C. § 3911(2)).

   I know that respondent/defendant, Mr. Otero, is not in the U.S. military service because: The military status of the respondent/defendant was checked online at https://scra.dmdc.osd.mil/

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

**Date**: 4/2/2024

_____
Jean Dominique Morancy and L.M

1

## CERTIFICATE OF SERVICE

I certify that a copy of this document was filed with the Middle District of Florida Clerk of Court on April 2, 2024, and emailed to the defendants in the case.

_____
Respectfully submitted,
By: **Jean Dominique Morancy**
13096 SW 53rd St., Miramar, Florida, 33027
(786) 523-3179
ubmojedo@yahoo.com